Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 12 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia 

| | |
|---|---|
| Baby DOE aka Salinas Acosta Weaver, alias Salinas Falun Smith aka Cortez Deonte Wilson, and Atlanta Federal Reserve Bank, Federal Bureau of Investigation, Berkshire-Hathaway Real Estate, | Case No. **1:24-CV-3557** *(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ATLANTA FIRE DEPARTMENT, ATLANTA POLICE DEPARTMENT, ATLANTA PUBLIC SCHOOL SYSTEM English Avenue Elemenary-Nursery 2nd Floor, 627 English Avenue. Atlanta, GA 30314 (1980-1981)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ✔Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Baby DOE aka Salinas Weave aka Salinas F. Smith |
| Address | 1328 Peachtree St |
| | Midtown-Atlanta    GA    30309 |
| | *City          State          Zip Code* |
| County | |
| Telephone Number | 954-947-6501 |
| E-Mail Address | BABY_DOE1980@HOTMAIL.COM |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | ATLANTA FIRE DEPARTMENT |
| Job or Title *(if known)* | Forensic, Arson Investigation @497 Lindsay St NE #3 |
| Address | |
| | Atlanta    GA |
| | *City          State          Zip Code* |
| County | FULTON |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | ATLANTA POLICE DEPARTMENT CRIME SCENE INVESTIGATI |
| Job or Title *(if known)* | Forensic, Arson Investigation @497 Lindsay St NE #4 |
| Address | |
| | Atlanta    GA    30314 |
| | *City          State          Zip Code* |
| County | FULTON |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | ENGLISH AVENUE ELEMENTARY-NURSERY 2ND FLOOR |
| Job or Title *(if known)* | ATLANTA PUBLIC SCHOOL SYSTEM (YEARS 1980-1981) |
| Address | 627 English Avenue Elementary (Missing Baby 09/11/1980) |
| | Atlanta / GA / 30314 |
| | *City* / *State* / *Zip Code* |
| County | FULTON |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City* / *State* / *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Plaintiff seeks Default Judgement against the Defendants Atlanta Fire Department, Atlanta Police Department, and Atlanta Public School Systems for allegedly depriving a missing baby of any rights, privileges, or immunnities secure by India, China, Japan, Germany, and the United States under the Constitution and Federal Laws under Section 1983 42 U.S.C. § 1983 ACTING UNDER THE COLOR OF BLACKS LAW OR WHITE EUROPEAN LAWS.  The Plaintiff claims the Defendant is

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

VIOLATING A VARIETY OF EMPLOYMENT SECURITYLAWS, PENALTY, AND the Defendants are in VIOLATION OF A VARIETY OF STATE LAWS AND RULES.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Yes. Each Defendant acting like a racist, looking for revenge, and the Defendant were lying the about the Plaintiff's birth date, insurance claims, and family origin. The Defendant lying caused the Plaintiff to get shot before his 13 birthdate, organ transplantation, and 80 day hospitaliztion in Hughes Spalding Childrens' Hospital and 21 days the Intensive Care Unit /Critial Care Condition CCU.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Atlanta, Georgia 30314, 30354, 30303, 30318.
Aventura, FL 33180, Miami, FL 33101

B. What date and approximate time did the events giving rise to your claim(s) occur?
Birth Date to Present Date

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
The Defendants can't catch the suspects
(1) who castrated my penis when I was born
(2) who burn down that apartment at 497 Lindsay St, Atlanta, GA

I think they kidnapped me from my house on 14th Street, NE, Atlanta, GA. Those houses across the 14th Street Bridge look like my family may have lived in the Georgia Tech Community.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Total Loss of Life and Limbs.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
I need the Insurance Claims that I filed approved at Hartford Insurance, Century Insurance, and Unemployment Insurance. I need my family home address, city, state, and zip code. I need a new apartment and a restoration of driver license. I need my individual taxpayers identification number renewed. I need a social security number and my original birth certification like the a copy from the DMV (Georgia Dept. of Motor Vehicles).

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/12/2024

Signature of Plaintiff: *C. Wilson Baby DOE*

Printed Name of Plaintiff: Baby DOE aka Salinas A. Weaver aka Salinas F. Smith

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

8/27/22, 12:26 PM                           gtIDi#/GT Account Lookup Display

🏠 Georgia Tech Home    📍 Map    👤 Directory    🏛 Offices

▤ MENU

| | |
|---|---|
| GTID#: | 901836975 |
| GT Account: | sw158 |
| GT Email Address: | sw158@gatech.edu |
| Name: | Weaver, Salins A |



Press Close when finished or the Page will return to the entry page in 60 seconds

About This Site | Contact Us

Emergency Information | Legal & Privacy Information | Accountability
Employment | Login



© 2013 Georgia Institute of Technology

```
*** REC 2016187  151343 H680C 91 69 A  CJPQYAE   PQAE            K= )    ***

SG:          DTE:07/05/16 SSID      QN 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 RN:02X02 UN       PG: 001+
TL FUN: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 CFL:Y13  MV:O 12 10-C PFL:600                     Self terminator
   WEAVER, SALINAS ACOSTA PSY:N19 TM:  ID:DI TDA:06/16/16  :2
MSC HUN: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 RIC:G VER:3 CPD:  /25/16-8 CPF:06/16
    MSI:2-1-04/22/14
PZD RZ:  S  RZP   T RZD       RZI   RZC   RTD        EE
         N C-D5 A 04/14/15  04/15  04/15
         N C-D3 A 06/06/13  06/13  06/13
         S        05/01/11  05/11  05/11
SN AP:10/31/08 DF:12/19/08 EXS:C DB:        12/01/201     WEAVER IRS:1 MCI
   LPS:ENGLISH LPW:ENGLISH DOE:1                         ST:Y FST:A
JTH MAR:N UPT16:5152.00 FIN:C DP:D TI  :621 45 FLN 05
    AGR:6000.00 AGR:25% AFOC:Y13   S 5378.85 T2FAT:A
RD EST:12/19/08 XDO:600 IDD:09/16/09 IDR:05/11/2011 SNV   CNV:5 LAF:C  QCR:9
    QCE:32 QCI:Y WIN:F-10/08-07/13 WNC:887.91 WPA:2151   .40 WFT:15348.09
    WAB:3TES PCO:7 PT:N-12/08 UE:   FS1:Y FS2:N
RDP BCR:061000052 BCA:C-334044838860 IDC:12/09/15
DDR 649 IRA STREET CTY:ATLANTA STN:GA 30312-2535 TL:770-54 -2551 DIS:600
    ST:11470A ACD:03/28/16
ADR HOMELESS CTY:ATLANTA STN:GA 30313-0000
IAR MR-05/11/14
SB DPC:F SAC:S13 DSA:02/17/09 DDO:04/01/07 MDR:3 DIG:295  195 DPM:N
OTC C/O:Y 03/28/16 -8155 WDW025 WDW020 RVWC01 RVW002 I     CLO035 ELG079
    ALSC33 ALS160 ALSC34 ALSC24 REFC01 REF146 SSAS34 --  13/15 -8155 RCK005
    XVI365 XVI332 XVI066 INFC35 INF146 INF147 RVWC01 RVW002 INFC33 CLO035
    CLO011 DIDC04 DID033 ALSC33 ALS160 ALSC34 ALSC24 REF     -- 11/23/14 -8151
    SSI039 SSI040 2002 INF177 WKS033 PAYC34 2801 2805 DI     1907 2807 2814
    WRKC13 WRK055 INFC35 INF146 INF147 INC56 INF132          /14 -8100 2002
    WKS033 2016 1904 1239 PAYC34 2525 1907 2233 1253 1908 PAY189 PAY194 INFC35
    INF146 INF147 RVWC01 RVW002 INFC33 -- 10/20/14 -8151 2002 WKS033 2016
    PAYC34 1012 1479 1012 1479 1907 2473 CTE004 1315 2970 LAR005 2233 1232
    1908 PAY096 PAY098 -- 09/02/14 -8155 2002 2016 2023 1904 2470 1503 1915
    1152 RVWC01 RVW002 INFC33 1438 CLO035 ELG079 1471 RPY100 ALS160 ALS176
    REFC01 -- 06/30/14 -8151 2002 WKS033 2016 1904 1239 PAYC34 1012 1479 1907
    CTE004 2201 LAR100 LAR101 LAR102 1315 2970 LAR005 2233 1232
APPE ASI C T L RSN FIL      DSN           OFC   EFT       SBC BEG    END
     01   I R   DI  09/21/09 UF-06/17/10  S13
     02   I H   DI  07/09/10 FF-04/27/11  Y13   A-05/18/11
     03   I R   OT  09/21/12 UF-10/04/12  600
     04   P R   IN  12/31/12 PF-02/26/13  600   M-02/26/13
     05   P H   OT  05/09/13 WD-04/13/16  600
TRAN UN:NEWHP1 OL-06/16/16-600, OL-04/13/16-600, OL-03/28/16-600, MB-03/17/16,
     MB-01/28/16, RV-01/02/16-L24, OL-12/09/15-600, OL-11/13/15-600,
     RT-10/03/15, OL-04/14/15-600
MTH+
 UMP  UMS  UMA       F UMI              PV T UMP   UMS    UMA         UMI        PV
 0113 1213  537.00  T 254270728A 72 A   1214 1214   545.00 N 254270728A 72
 0314 0314  260.33  N                    0  A 0115 0216   554.00 U 254270728A 72
 0114 1014  545.00  T 254270728A 72 A   0316 0316   553.80 N 254270728A 72
 1114 1114 1082.00  N 254270728A 72 A   0416 0000   554.00 C 254270728A 72
INST MOC  MLG  123 MOR  INST MOC  MLG 123 MOR  INST MOC  MLG  123 MOR
 01 0213 0000 H   0213   02 0114 0000 H    0114
MPH+FAM   SAM       SUP     UMC      ENC    PCI       PS   BELGPE O HSWADCMICT
 114  196.00      .00 11470 525.00  .00   525.00  C01 2ENN  N NN YW4
 214 TOP:196.00 SQN:05 RSN:PS
```

```
MSG:         DTI        5/16 SSID    QN:254-27-072  RN:02X02  UN:EDH      PG: 002+
0214     .00           11280    .00      .00      .00 N22 0NNN    Z  NN  RW4
0314 TOP:196.00        05 RSN:PS
0314     .00           11470  785.33     .00    78.33 N01 0NNN    AZ NN  RW4
0414 SQN:03 RSN:
0414    196.00         11470  525.00     .00   525.00 C01 0ENN    AZ NN  YW4
0514 SQN:03 RSN:Y
0514    196.00         11470  525.00     .00   525.00 C01 1ENN    AZ NN  YW4
0614    196.00         11470  525.00     .00   525.00 C01 2ENN    AZ NN  YW4
0914 SQN:06 RSN:Y
0914    196.00         11470  525.00     .00   525.00 C01 2ENN    AZ NN  YW4
1014    196.00         11470  525.00     .00   525.00 C01 2ENN    AZ NN  YW4
1114 TOP:196.00 SO     08 RSN:UA
1114     .00           114701062.00      .00  1062.00 N01 0NNN    AZ NN  RW4
1214    196.00         11470  525.00     .00   525.00 C01 0ENN    AZ NN  YW4
0115    199.00         11470  534.00     .00   534.00 C01 1ENN    AZ NN  YW4
0215    199.00         11470  534.00     .00   534.00 C01 2ENN    AZ NN  YW4
1215     .00           11470    .00      .00      .00 N19 0NNN    AZ NN  RW4
WCMP WFA       WSA        WUM      WEN    WCI      WFO    WSO       BELG WDA      D
1008      .00      .00     .00     .00    .00      .00    .00    0NNN         .00
1108    201.27    .00    435.73    .00   435.73  223.40   .00    0ENN         .00
1208      .00     .00    674.33    .00   674.33  424.67   .00    0NNN         .00
0109      .00     .00    734.66    .00   734.66  449.34   .00    0NNN         .00
0209    184.00    .00    490.00    .00   490.00  265.34   .00    0ENN         .00
0309    184.00    .00    490.00    .00   490.00  265.34   .00    1ENN         .00
0409    184.00    .00    490.00    .00   490.00  490.00   .00    2ENN         .00
0711    184.00    .00    490.00    .00   490.00  490.00   .00    2ENN         .00
PMTH+    1  2  3  5  CKA         FMA        SMA       U D S F PI
01/01/14 1 N           196.00    196.00      .00       Y
06/01/14 0 N              .00       .00      .00
07/02/14 2 0614        196.00    196.00      .00
07/02/14 2 0714        196.00    196.00      .00
07/02/14 2 E           392.00    392.00      .00
08/01/14 1 N           196.00    196.00      .00
10/01/14 0 N              .00       .00      .00
10/20/14 2 1014        196.00    196.00      .00
10/20/14 2 E           196.00    196.00      .00
11/01/14 3 N           196.00    196.00      .00
11/01/14 0 N              .00       .00      .00
12/01/14 1 N           196.00    196.00      .00
01/01/15 1 N           199.00    199.00      .00
12/01/15 0 N              .00       .00      .00
PUPS PRISONER DATA EXISTS FOR 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
DUPR STA NGD       TPF      PPS      SCR   SOR AVM   MBF     MBS
       N  03/28/16 199.00   .00 00000       05/16      .00        .00
MPMT OPD:386.00 TNF:N OPC:386.00 ARC:8 GRC:P-11470
OPSQ C OPB  OPE    OPA      AX  TS  SQD    NTD       SQR     SBL      BAL
 01  8 1212 1212   190.00       AX  12101  A-121712      .00               .00
 02  8 0313 0413   386.00       MX  04091  M-042413      .00               .00
 03  8 0214 0514   784.00       OY  06301  A-052114      .00               .00
 04  8 0214 0514   784.00 D03   NU  06301  N-000000      .00               .00
 05  8 0214 0314   392.00 I03   MY  06301  M-091014      .00               .00
 06  8 0914 0914   196.00       OY  10201  M-091014      .00               .00
 07  8 0914 0914   196.00 D06   NU  10201  N-000000      .00               .00
 08  8 1114 1114   196.00       MR  11121                .00               .00
                                                         .00               .00
```

Fulton County Superior Court
\*\*\*EFILED\*\*\*QW
Date: 6/28/2017 2:44:24 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Petitioner:
<u>Salinas Acosta Weaver</u>

Civil Action No.: 2017CV289863

## FINAL DECREE CHANGING THE NAME OF AN ADULT

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appears that notice has been published pursuant to law and that no objections have been timely filed. Further, it appears that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted. IT IS HEREBY DECREED:

1) That the name of the Petitioner, __**Salinas Acosta Weaver**__, shall be changed to __**Salinas Falun Smith**__, and
2) That such name change shall not operate to authorize petitioner to fraudulently deprive another of any legal rights under the law.

SO ORDERED, this the 28 day of June, 2017.

_____
JUDGE
Superior Court
Fulton County, Georgia

GEORGIA, FULTON COUNTY
I, DO CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE, COMPLETE
AND CORRECT COPY OF THE ORIGINAL IN SAID CASE, AS APPEARS
BY THE ORIGINAL ON FILE IN THE OFFICE OF THE CLERK OF FULTON
SUPERIOR COURT, CONSISTING OF _____ PAGES.
WITNESS MY HAND AND THE _____
____ DAY OF ___August___ _____
DEPUTY CLERK
Cathelene _____
CLERK OF THE

Fulton County Superior Court
\*\*\*EFILED\*\*\*QW
Date: 6/28/2017 2:44:24 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Petitioner:
Salinas Acosta Weaver

Civil Action No.: 2017CV289863

## FINAL DECREE CHANGING THE NAME OF AN ADULT

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appears that notice has been published pursuant to law and that no objections have been timely filed. Further, it appears that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted. IT IS HEREBY DECREED:

1) That the name of the Petitioner, __Salinas Acosta Weaver__, shall be changed to __Salinas Falun Smith__, and

2) That such name change shall not operate to authorize petitioner to fraudulently deprive another of any legal rights under the law.

SO ORDERED, this the 28 day of June, 2017.

_____
JUDGE
Superior Court
Fulton County, Georgia



GEORGIA, FULTON COUNTY
I, DO CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE, COMPLETE AND CORRECT COPY OF THE ORIGINAL IN SAID CASE, AS APPEARS BY THE ORIGINAL ON FILE IN THE OFFICE OF THE CLERK OF FULTON SUPERIOR COURT, CONSISTING OF _____ PAGES.
WITNESS MY HAND AND THE SEAL OF SAID COURT THIS THE _____ DAY OF __August__, 20__

DEPUTY CLERK, FULTON SUPERIOR COURT
Cathelene Robinson
CLERK OF THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

Fulton County Superior Court
\*\*\*EFILED\*\*\*QW
Date: 6/28/2017 2:44:24 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Petitioner:   Civil Action No.: 2017CV289863
Salinas Acosta Weaver

## FINAL DECREE CHANGING THE NAME OF AN ADULT

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appears that notice has been published pursuant to law and that no objections have been timely filed. Further, it appears that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted. IT IS HEREBY DECREED:

1) That the name of the Petitioner, __Salinas Acosta Weaver__, shall be changed to __Salinas Falun Smith__, and

2) That such name change shall not operate to authorize petitioner to fraudulently deprive another of any legal rights under the law.

SO ORDERED, this the 28 day of June, 2017.

_____
JUDGE
Superior Court
Fulton County, Georgia

GEORGIA, FULTON COUNTY
I, DO CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE, COMPLETE AND CORRECT COPY OF THE ORIGINAL IN SAID CASE, AS APPEARS BY THE ORIGINAL ON FILE IN THE OFFICE OF THE CLERK OF FULTON SUPERIOR COURT, CONSISTING OF _____ PAGES. WITNESS MY HAND AND THE SEAL OF SAID COURT THIS THE ___ DAY OF _____, 20 ___

DEPUTY CLERK, FULTON SUPERIOR COURT
Cathelene Robinson
CLERK OF THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA