UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BABY DOE, et al,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br><br>ATLANTA FIRE DEPARTMENT, et al,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. **1:24-cv-03557-SDG** |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. § 1915(e), and the court having made such determination, it is

**Ordered and adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 1st day of October, 2025.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/C. Pollard_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 1, 2025
Kevin P. Weimer
Clerk of Court

By:　s/C. Pollard_____
　　　　Deputy Clerk